In the Matter of FORECLOSURE OF 2001 TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE 11 OF REAL PROPERTY TAX LAW BY COUNTY OF JEFFERSON, Respondent; ROBERT WEICHERT, Appellant.

Submitted August 6, 2007; decided October 16, 2007

Reported below, 38 AD3d 1364.

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

---

In the Matter of CLEMENT JONES, Appellant, v RICHARD A. KEENAN, as Monroe County Judge, et al., Respondents.

Submitted August 6, 2007; decided October 16, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

---

YAAKOV KANOVSKY, Appellant, v MONTEFIORE MEDICAL CENTER et al., Respondents.

Submitted August 13, 2007; decided October 16, 2007

Reported below, 40 AD3d 938.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of LEO A. MARINO, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Submitted July 30, 2007; decided October 16, 2007

Reported below, 41 AD3d 1004.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.